**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Honorable Patty Shwartz** | **U.S. Post Office & Courthouse Bldg.** |
| **United States Magistrate Judge** | Federal Square, Newark, NJ  07101 |
| | (973) 645-6596 |

June 7, 2007

Peter Chamas
Gill & Chamas, LLC
655 Florida Grove Road
P.O. Box 760
Woodbridge, New Jersey 07095

Robert M. Gilmartin, Jr.
Sedgwick, Detert, Moran &
 Arnold, LLP
Three Gateway Center
100 Mulberry Street
12th floor
Newark, New Jersey 07102

Richard Mark Mandel
O'Brien, Liotta, Mandel & Kupfer, LLP
Liberty Hall Corporate Center
1085 Morris Avenue
P.O. Box 3180
Union, New Jersey 07083-1980

**LETTER ORDER**

  **RE:** WILLIAM KOLESAR v. HOME DEPOT, INC., et al.
     **Civil Action No. 07-560(FSH)**

Dear Counsel:

  There shall be a telephone conference scheduled for **June 14, 2007 at 4:00 p.m.**  Defendant shall initiate the telephone call.  Kindly mark your calendars accordingly.

**SO ORDERED.**

          s/Patty Shwartz
          **United States Magistrate Judge**